THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* ISIAH WASHINGTON, Defendant-Appellant.

(No. 71-340;

Second District—September 19, 1972.

Opinion by Mr. PRESIDING JUSTICE SEIDENFELD.

Paul Bradley, of Defender Project, of Elgin, for appellant.

Philip G. Reinhard, State's Attorney, of Rockford, for the People.